**Mustafa S. HASSAN, Plaintiff–Appellant,**

v.

**David A. BELL; Michael P. Murphy; Laila Edjlala; Ted Ward; Kathleen S. Hall; Geico Insurance Company, Incorporated, Defendants–Appellees.**

No. 02–2150.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 12, 2003.

Decided Feb. 25, 2003.

Mustafa S. Hassan, Appellant Pro Se. Patrick Christopher Asplin, Keeler Oben-shain, P.C., Charlottesville, Virginia; Michael Joshi, Miller, Miller, Kearney & Geschickter, Fairfax, Virginia; Brian Andrew Geschickter, Geico, Fairfax, Virginia; Elaine Scott Moore, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Mustafa S. Hassan appeals the district court's order dismissing his complaint under Fed.R.Civ.P. 12(b)(6) for failure to state a claim. Hassan claims the Defendants violated his various constitutional and statutory rights based on their roles in a state action that concluded adversely to him. We have reviewed the record and find no reversible error. *See Leonard v. Suthard,* 927 F.2d 168, 169–70 (4th Cir. 1991). We therefore affirm the district court's order. *See Hassan v. Bell,* No. CA–02–1136–A (E.D. Va. filed Sept. 27, 2002; entered Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*